UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      CRIMINAL NO. 14-20724

       v.                            HONORABLE GEORGE CARAM STEEH

WASFI HADDAD,

       Defendant.
_____/

### ORDER DENYING DEFENDANT'S LETTER REQUEST
### FOR A RECONSIDERATION OF SENTENCE

Following the entry of judgment in this case, defendant's attorney forwarded a letter asking for the court to consider a sentence that would allow defendant to work and ultimately avoid a term of confinement pursuant to 7 U.S.C. § 2024(b).  While the defendant may not have cited the statute at the sentencing hearing, he did ask the court to consider a non-custodial sentence, and the court was aware of its authority to fashion such a sentence.  The government has filed a response to the letter and properly points out that defendant is barred by his Rule 11 agreement accepted by the court.  Clearly, the court found that a custodial sentence is required in light of the sentencing factors that apply.

Accordingly, defendant's letter request is denied.

Dated:  July 15, 2015

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 15, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

2:14-cr-20724-GCS-RSW   Doc # 13   Filed 07/15/15   Pg 2 of 2   Pg ID 69